IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00873-WDM-BNB

GREAT DIVIDER GOLF, INC., a Colorado corporation,

Plaintiff,

v.

SUN MOUNTAIN SPORTS, INC., a Montana corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Amend Scheduling Order** (the "Motion"), filed on October 4, 2005.

      IT IS ORDERED that the Motion is GRANTED and the parties are to file Markman briefing (Scheduling Order ¶9.a) on or before **November 10, 2005**.

DATED: October 7, 2005