IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00873-WDM-BNB

GREAT DIVIDER GOLF, INC., a Colorado corporation,

Plaintiff,

v.

SUN MOUNTAIN SPORTS, INC., a Montana corporation,

Defendant.

---

## ORDER

---

This matter is before me on the **Defendant's Motion to Compel Discovery** (the "Motion"), filed December 9, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

DENIED WITHOUT PREJUDICE with respect to Interrogatory No. 5. The parties are ordered to meet fact to face to discuss the request. Any further motion to compel with respect to Interrogatory No. 5 may not be filed until the parties have completed the face to face conference required here;

GRANTED with respect to Interrogatories No. 6 and 21 and with respect to Production Requests No. 1 and 5. With respect to Interrogatory No. 21, the plaintiff shall provide the requested information at such time as it has retained an expert and is able to respond, and prior to

the date the plaintiff is required to make its expert disclosures; and

GRANTED with respect to Interrogatory No. 15 insofar as it calls for opinions not subject to the attorney client privilege, and DENIED insofar as it calls for opinions subject to the attorney client privilege.  As to privileged opinions and any other information withheld by the plaintiff on a claim of privilege or immunity, the plaintiff shall provide to the defendant a privilege log at the time of its supplemental discovery responses.

IT IS FURTHER ORDERED that the plaintiff shall provide supplemental discovery responses consistent with this order on or before **January 20, 2006**.

Dated January 11, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2