IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00873-WDM-BNB

GREAT DIVIDER GOLF, INC., a Colorado corporation,

Plaintiff,

v.

SUN MOUNTAIN SPORTS, INC., a Montana corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Amend Scheduling Order** [Doc. # 66, filed May 30, 2006] (the "Motion"). The Motion seeks an order extending the deadlines for dispositive motions and the final pretrial conference. I previously denied a similar motion. See Order [Doc. # 55, filed 3/7/06]. The current motion indicates, however, that at the conclusion of the claim construction hearing, the district judge "agreed to the dispositive motion deadline should be moved back to allow the Court ample time to rule on claim construction before the parties are required to file summary judgment motions." Motion, ¶4. On the strength of that representation:

IT IS ORDERED that the Motion is GRANTED. The dispositive motion deadline (June 9, 2006); deadline to submit a proposed pretrial order (July 31, 2006); and pretrial conference (August 7, 2006) are VACATED.

IT IS FURTHER ORDERED that the parties shall file a status report within ten days of any order by the district judge concerning claim construction, notifying me of the order and

addressing what additional deadlines should be established.

      Dated June 8, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge